IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CR-30041-MJR-1 |
| | ) |
| SHAWN M. BEQUETTE, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM & ORDER ADOPTING REPORT
# &
# <u>RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA</u>

**REAGAN, District Judge:**

On May 7, 2015, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea to Count 1 of a one count indictment. That same day, Judge Wilkerson notified the parties that any objection to his Report and Recommendation (recommending Defendant's guilty plea be accepted) would be due on or before May 26, 2015 (Doc. 25).

No objections were filed by either party prior to the deadline. Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 25), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant Bequette guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the

United States Probation Office, and **CONFIRMS** that sentencing remains set for September 24, 2015, at 9:00 a.m.

  IT IS SO ORDERED.

  DATED: <u>May 27, 2015</u>

            <u>*s/ Michael J. Reagan*</u>
            **MICHAEL J. REAGAN**
            United States District Judge